ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
Milton J. Wood Fire Protection, Inc.                     )    ASBCA No. 63355
                                                         )
Under Contract No. N69450-19-F-0726                      )

APPEARANCE FOR THE APPELLANT:          John A. Tucker, Esq.
                                         Foley & Lardner LLP
                                         Jacksonville, FL

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       J. Alexandra Fitzmaurice, Esq.
                                         Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCLISH

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $610,992. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: March 10, 2023

Thomas P. McLish
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63355, Appeal of Milton J. Wood Company, rendered in conformance with the Board's Charter.

Dated: March 10, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2